CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 11 2011
BY: JULIA C. DUDLEY, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LAURA WASMER, *Plaintiff,* | CASE NO. 6:10-cv-00038 |
| v. | ORDER |
| THE KROGER CO., and KROGER LIMITED PARTNERSHIP I, *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' Motion for Summary Judgment (docket no. 53), filed on February 3, 2011. The parties' arguments have been fully briefed and heard.

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment is hereby GRANTED. This case shall be stricken from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this ___11th___ day of March, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE